PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 MAR 30 AM 8: 13

DEPUTY CLERK _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

VICTOR MANUEL NAVARRO ESCOBEDO.
PETITIONER
(Full name of Petitioner)

DALBY CORRECTIONAL FACILITY
CURRENT PLACE OF CONFINEMENT

vs.

44215-380
PRISONER ID NUMBER

5-22CV0051-H

RACHAL CHAPA, WARDEN.
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. _____ pretrial detention;
2. _____ a conviction;
3. _____ a sentence;
4. _____ jail or prison conditions;
5. _____ a prison disciplinary proceeding;
6. _____ parole or mandatory supervision;
7. _____ time credits;
8. ✶ other (specify): FIRST STEP ACT CREDITS.

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. ☐ Yes ☒ No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.

Dalby aministration has made a pre-dermined decision over my eligibility,

Making any administrative remedies wholly inappropiate to the relief sought.

Pursuing any administrative remedies would itself be patenly futile corse

of action.

2

1. Place of detention: __Giles W. Dalby Correctional Facility.__

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: __Possession with intent to distribute methamphetamine.__

3. Name and location of court in which your case is pending or in which you were convicted:
   __Western District of Texas.__

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: __A-14-CR-330 (1) SS__

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: __120 months.__

6. Check whether a finding of guilty was made:

   a. after a plea of guilty         __*__

   b. after a plea of not guilty     ____

   c. after a plea of nolo contendere ____

7. If you were found guilty, check whether that finding was made by:

   a. a jury                ____

   b. a judge without a jury ____

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   ☐ Yes    ☐ No

3

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number: _____

        (2) Result and date of result:_____

        (3) Grounds raised (list each):

            (a) _____

            (b) _____

            (c) _____

            (d) _____

    b. (1) Name of court and docket or case number: _____

        (2) Result and date of result:_____

        (3) Grounds raised (list each):

            (a) _____

            (b) _____

            (c) _____

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **GROUND ONE:** Denial of my eligibility for Federal Time Credit (FTC) under the provision of the First Step Act (FSA), which is inconsistent with the act.

Supporting facts: FSA makes ineligible for anyone who is " The subject of final order of removal" for the FSA credit. Unfortunately, FSA does not define the meaning of "The subject of final order of removal" rather defers that to 8 USC § 1101(a)(17). Immigration consider an alien "The subject of final order of removal" when his or her appeal is dismissed b|½ BIA or the to file such an appeal finishes. Per the records, currently I have only received detainer, my immigrations proceeding has not

b. **GROUND TWO:** Dalby (BOP) execution of Federal Time Credit under First Step Act, disproportionate affect not citizen prisoner.

Supporting facts: _____

_____

_____

_____

c. **GROUND THREE:** FEDERAL Time Credit under first Step Act is unconstitutional.

Supporting facts: First Step Act under subsection 3632(d)(4)(D) outline a list of prohibited crimes. That section of the law is consistent with many laws and traditions where different people are eligible for different programs. But under subsection 3632(d)(4)(E) it excludes anyone who is under "the subject of final of removal" it deprive a s-pecific group of people from benefiting on the interest they

d. **GROUND FOUR:**

Supporting facts:

6

11. Relief sought in this petition: Bop to issue the FSA Credits consistent with the law starting December, 2018 through today's date.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    ☐ Yes   ☒ No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

    (a) N/A

    (b)

    (c)

    (d)

    b. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

    (a) N/A

(b) _____

(c) _____

(d) _____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.    N/A

15. Are you presently represented by counsel?    ☐ Yes    ☒ No
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?    ☒ Yes    ☐ No

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on March 25, 2022. (month, day, year).

Executed (signed) on MARCH 25, 2022. (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

Giles W. Dalby Correctional

Facility.  805 North Avenue F

Post, Texas  79356.

9

VICTOR MANUEL NAVARRO ESCOBEDO,
REG. NUM. 44215-380.
GILES W. DALBY CORRECTIONAL FACILITY
805 NORTH AVENUE F
POST, TEXAS 79356.



RECEIVED
MAR 30 2022
CLERK, U.S. DIST.
NORTHERN DISTRICT OF TEXAS

GEORGE H. MAHON FEDERAL BUILDING AND UNITED STATES COURTHOUSE.
1205 TEXAS AVENUE, ROOM 209
LUBBOCK, TEXAS 79401.

