UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

VICTOR MANUEL NAVARRO-ESCOBEDO,
Institutional ID No. 44215-380

        Petitioner,

v.

RACHEL CHAPA,

        Respondent.

No. 5:22-CV-00051-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is denied and dismissed with prejudice.

Dated October 28, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge